

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  | § |  |
|---|---|---|
|  | § | No. 08-19-00101-CV |
| ETHAN REIMERS, | § |  |
|  |  | Appeal from the |
| Appellant, | § |  |
|  |  | County Court at Law No. 5 |
| v. | § |  |
|  |  | of El Paso County, Texas |
| VANESSA REIMERS, | § |  |
|  |  | (TC# 2018DCM1777) |
| Appellee. | § |  |

## <u>MEMORANDUM OPINION</u>

Appellant, Ethan Reimers, has filed a motion to dismiss his appeal because the parties have settled the dispute between them. *See* TEX.R.APP.P. 42.1(a)(1). We grant the motion and dismiss the appeal. Costs of the appeal are taxed against Appellant. TEX.R.APP.P. 42.1(d).

GINA M. PALAFOX, Justice

June 5, 2019

Before McClure, C.J., Rodriguez, and Palafox, JJ.